AO 440 (Rev. 06/12) Summons in a Civil Action

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2018 ★
LONG ISLAND OFFICE**

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

POWER UP LENDING GROUP, LTD.
  *Plaintiff(s)*

v.

ALLIANCE BIOENERGY PLUS, INC., DANIEL DE LIEGE, BENJAMIN SLAGER, ANTHONY E. SANTELLI, AND DENNIS LENABURG,
  *Defendant(s)*

Civil Action No. **CV-18 3601**

**FEUERSTEIN, J.**

**SHIELDS, M.J.**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alliance Bioenergy Plus, Inc., 400 N. Congress Avenue, Suite 130, West Palm Beach, FL 33041
Daniel De Liege, 11648 Persimmon Boulevard, Royal Palm Beach, FL 33411
Benjamin Slager, 122 Via D Este, Apt. #509, Delray Beach, FL 33445
Anthony E. Santelli, 9334 Amber Wood Drive, Willoughby, OH 44094
Dennis Lenaburg, 3701 41st Lane, Highland, IN 46322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)–or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)–you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Naidich Wurman LLP 111 Great Neck Rd Suite 214 Great Neck NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: JUN 2 1 2018

*Signature of Clerk or Deputy Clerk*