**The Basile Law Firm P.C.**
400 Jericho Turnpike – Suite 104
Jericho, NY 11757
(516) 455-1500

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| POWER UP LENDING GROUP, LTD. | Civil Action No: 18-CV-03601 |
| Plaintiff, | |
| -against- | CERTIFICATE OF SERVICE |
| ALLIANCE BIOENERGY PLUS, INC., et al. | |
| Defendants. | |

Donna A. Basile, being of full age, certifies and says:

1. I am a senior paralegal at The Basile Law Firm P.C., counsel for Defendant Alliance Bioenergy Plus, Inc. in the above-captioned matter.

2. On August 6, 2018 I mailed a true copy of the Court's electronic order, (attached hereto as Ex. 1), entered and dated August 6, 2018, to the co-defendant Denis Lenaburg at the following address:

> Dennis Lenaburg
> 1070 SW 4th Street
> Boca Raton, Florida 33486

3. I personally mailed a copy of the order by depositing a prepaid envelope addressed to Dennis Lenaburg at the address listed above by first class mail through the

United States Postal Service.

4. I also certify that I emailed a copy of Exhibit 1 to co-defendant Dennis Lenaburg to the email address lenaburg@att.net that is the email address from which Mr. Lenaburg had previously used in sending email communications to this firm.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Donna A. Basile, Senior Paralegal

Dated: August 6, 2018
Jericho, New York