# THE BASILE LAW FIRM P.C.

400 Jericho TPKE – Suite 104
Jericho, New York 11753
Tel – 516.455.1500
fax – 631.498.0478

August 6, 2018

*Via Email to* lenaburg@att.net *and Regular Mail*

Dennis Lenaburg
1070 SW 4th Street
Boca Raton, Florida 33486

*Power Up Lending Group, Ltd. V Alliance Bioenergy Plus, Inc. et al.*
Case No 2:18-cv-03601, United States District Court, Eastern District of New York

Dear Mr. Lenaburg:

The court entered an electronic order granting our motion to be relieved as your counsel in this matter. The court also issued an order granting you an additional 30 days to either retain counsel, or appear in this action *pro-se*. You will need to let the court know your official position regarding representation. A true copy of the Order dated August 6, 2018 is attached to this email for your review.

Please carefully read the courts August 6, 2018 Order and take whatever appropriate action you deem necessary to protect your rights.

Sincerely

Mark R. Basile, Esq.