

**From:** ecf_bounces@nyed.uscourts.gov
**Subject:** Activity in Case 2:18-cv-03601-SJF-AYS Power up Lending Group, LTD. v. Alliance Bioenergy Plus, Inc. et al Order on Motion to Withdraw as Attorney
**Date:** August 6, 2018 at 11:40 AM
**To:** nobody@nyed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NEXTGEN IS COMING TO NYED*** For information visit our website

https://www.nyed.uscourts.gov/cmecf-nextgen

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/6/2018 at 11:39 AM EDT and filed on 8/6/2018

| | |
|---|---|
| **Case Name:** | Power up Lending Group, LTD. v. Alliance Bioenergy Plus, Inc. et al |
| **Case Number:** | 2:18-cv-03601-SJF-AYS |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
**ELECTRONIC ORDER granting [12] Motion to Withdraw as Attorney. As counsel has advised in the motion found at docket entry No. [12], that Defendant Dennis Lenaburg does not wish to be represented by attorney Mark Basile, who was retained to be his counsel by corporate Defendant Alliance BioEnergey Plus, Inc., this court hereby GRANTS attorney Basile's motion to withdraw and directs the Clerk of the Court to terminate his appearance on behalf of Dennis Lenaburg from the the docket herein. The Court further orders that this matter be stayed against Defendant Dennis Lenaburg for a period of 30 days to allow him to obtain new counsel or to otherwise proceed pro se. Defendant Dennis Lenaburg is directed to submit a letter to this Court on or before September 10, 2018, stating whether he has obtained new counsel or will be proceeding pro se. Mr. Lenaburg is advised that failure to communicate with this Court may result in this Court's recommendation to the District Court that an order of default be entered herein. Outgoing counsel is directed to serve a copy of this order on Defendant Dennis Lenaburg and to file proof of service on ECF by August 8, 2018. Attorney Mark R. Basile terminated. So Ordered by Magistrate Judge Anne Y. Shields on 8/6/2018. (Demosthenous, Dina)**

**2:18-cv-03601-SJF-AYS Notice has been electronically mailed to:**

Mark R. Basile     mark@thebasilelawfirm.com, mark@axiusent.com

Richard S. Naidich     dyork@nwbmlaw.com, rjohnson@nwbmlaw.com

**2:18-cv-03601-SJF-AYS Notice will not be electronically mailed to:**

Dennis Lenaburg